

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Steven Wayne Bonilla

**Plaintiff,**

V.

Cynthia Bashant; Jill L. Bartrick; Judge Jill L. Burkhardt; B.A.S; John Doe 1-1000; Court Clerks

**Defendant.**

Civil Action No.   25-cv-0021-RSH-SBC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. DISMISSES this case based on Plaintiff's failure to pay the civil filing fee required by 28 U.S.C. § 1914(a);
2. DENIES AS MOOT Plaintiff's request for judicial notice [ECF No. 2] and his motion requesting summary judgment [ECF No. 3];
3. CERTIFIES that an IFP appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and
4. Case Closed, no further filings will be accepted in this matter except a timely-filed Notice of Appeal, which this Court CERTIFIES would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date:   2/26/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy